UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHLEEN Z. McDONALD,

        Plaintiff,                              File No. 1:10-CV-90

v.

                                           HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                                    /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On November 21, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's request for remand to the Commissioner of Social Security under sentence six of section 405(g) be denied, and that the Commissioner's final decision denying Plaintiff Cathleen Z. McDonald's claim for supplemental security income benefits be affirmed. (Dkt. No. 16, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

      **IT IS HEREBY ORDERED** that the November 21, 2011, R&R is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's request to remand this matter to the Commissioner under sentence six of 42 U.S.C. § 405(g) is **DENIED**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying Plaintiff's claim for supplemental security income benefits is **AFFIRMED**.


Dated: December 13, 2011                /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHLEEN Z. McDONALD,

       Plaintiff,                               File No.  1:10-CV-90

v.

                                             HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **J U D G M E N T**

In accordance with the order entered this date,

**JUDGMENT** is entered in favor of Defendant Commissioner of Social Security.


Date: _____                _____
                                                                   ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE